1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PEDRO JOAQUIN OLIVAS,

11          Petitioner,                    No.  2:11-cv-1420 KJN P

12   vs.

13   MATTHEW CATE,

14          Respondent.              <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding without counsel, has filed an application for

17   a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a motion for stay and

18   abeyance under <u>Rhines v. Weber</u>, 544 U.S. 269 (2005).

19          The application attacks a conviction issued by the San Mateo County Superior

20   Court.  While both this Court and the United States District Court in the district where petitioner

21   was convicted have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973),

22   any and all witnesses and evidence necessary for the resolution of petitioner's application are

23   more readily available in San Mateo County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

24          Finally, although the court provided petitioner with an application to proceed in

25   forma pauperis, petitioner has failed to file an application to proceed in forma pauperis or pay the

26   court's filing fee.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1.  Petitioner has not filed an application to proceed in forma pauperis or paid the court's filing fee; and

2.  This matter is transferred to the United States District Court for the Northern District of California.

DATED:  June 24, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

oliv1420.108