IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN OLIVAS,            No. C 11-3230 JSW (PR)

    Petitioner,                         **ORDER OF DISMISSAL**

  v.

MATTHEW CATE,

    Respondent.
                                  /

        Petitioner, a state prisoner currently incarcerated at Mule Creek State Prison, has filed a second or successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His prior petition is currently pending in this Court. *See Olivas v. Martel*, No. 11-0499 JSW (N.D. Cal.). A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. The petition is accordingly DISMISSED without prejudice to refiling if Petitioner obtains the necessary order.

        Rule 11(a) of the Rules Governing Section 2254 Cases now requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order in which the petition is decided. Petitioner has failed to make a substantial

1 showing that a reasonable jurist would find this Court's denial of his claim on procedural
2 grounds debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
3 Consequently, no certificate of appealability is warranted in this case.
4     The Clerk shall enter judgment and close the file.
5     IT IS SO ORDERED.
6 DATED: August 24, 2011

                JEFFREY S. WHITE
                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN OLIVAS,

    Plaintiff,

v.

MATTHEW CATE et al,

    Defendant.

Case Number: CV11-03230 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Joaquin Olivas
F92862
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: August 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk